_____

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

_____

|  |  |  |
|---|---|---|
| STACIE GEIGLE, | § § § | |
| Plaintiff, | § § | **SCHEDULING ORDER** |
| v. | § § | |
| | § | Civ. Act. #: 2:19-cv-00091-PMW |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § § § | |
| | § | |
| Defendant. | § | Magistrate Judge Paul M. Warner |

_____

## I.      DISCLOSURES/DISCOVERY:

The parties agree that this case is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.* ("ERISA").  Consequently, under ERISA, discovery for claims under § 1132(a)(1)(B) is generally limited to producing documents and information that comprise the administrative record, i.e., the plan, the policy, and the arguments and evidence before the plan fiduciary(ies) at the time the claims determination was made.  Thus, the parties will exchange by **May 14, 2019** the information that fulfills this general requirement.

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties agree to receive all items required to be served under Fed. R. Civ. P. 5(a) by either (i) notice of electronic filing, or (ii) e-mail transmission.  Such electronic service will constitute service and notice of entry as required by those rules.  Any right to service by USPS mail is waived.

## II.     OTHER ITEMS:

a.      The parties _____ request  X _____  do not request a conference with the court prior to entry of the scheduling order.

b.   The cutoff dates for joining additional parties are:

Plaintiff(s) **August 15, 2019**

Defendant(s) **August 29, 2019**

c.   The cutoff dates for amending pleadings are:

Plaintiff(s) **August 15, 2019**

Defendant(s) **August 29, 2019**

d.   The cutoff date for filing dispositive or potentially dispositive motions is:

**September 17, 2019**. The cutoff date for filing responses to dispositive

motions is: **October 17, 2019**.

## III.   Trial:

The parties agree that the court will decide this case in a manner akin to an
administrative appeal based on the evidence in the ERISA administrative record without
a trial.

Signed: September _____, 2019.

BY THE COURT:

_____