**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| STACIE GEIGLE,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>        Defendant. | **SCHEDULING ORDER**<br><br><br>**Case no. 2:19-cv-00091-PMW**<br><br>**Chief Magistrate Judge Paul M. Warner** |

## I.    DISCLOSURES/DISCOVERY:

The parties agree that this case is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.* ("ERISA").  Consequently, under ERISA, discovery for claims under § 1132(a)(1)(B) is generally limited to producing documents and information that comprise the administrative record, i.e., the plan, the policy, and the arguments and evidence before the plan fiduciary(ies) at the time the claims determination was made.  Thus, the parties will exchange by **May 14, 2019** the information that fulfills this general requirement.

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties agree to receive all items required to be served under Fed. R. Civ. P. 5(a) by either (i) notice of electronic filing, or (ii) e-mail transmission.  Such electronic service will constitute service and notice of entry as required by those rules.  Any right to service by USPS mail is waived.

## II.   OTHER ITEMS:

a.   The parties _____ request __X__ do not request a conference with the court

prior to entry of the scheduling order.

b.   The cutoff dates for joining additional parties are:

Plaintiff(s) **August 15, 2019**

Defendant(s) **August 29, 2019**

c.   The cutoff dates for amending pleadings are:

Plaintiff(s) **August 15, 2019**

Defendant(s) **August 29, 2019**

d.   The cutoff date for filing dispositive or potentially dispositive motions is:

**September 17, 2019**. The cutoff date for filing responses to dispositive motions

is: **October 17, 2019**.

## III.   TRIAL:

The parties agree that the court will decide this case in a manner akin to an administrative

appeal based on the evidence in the ERISA administrative record without a trial.

DATED this 18th day of March, 2019.

BY THE COURT:

PAUL M. WARNER
Chief United States Magistrate Judge

-2-