Scott C. Powers (10976)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Salt Lake City, Utah  84111
PH:  (801) 521-9000
FX:  (801) 363-0400
Email:  scp@scmlaw.com

Iwana Rademaekers
*Admitted Pro Hac Vice*
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

---

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| STACIE GEIGLE,<br><br>Plaintiff<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON,<br><br>Defendant. | § STIPULATION FOR DISMISSAL WITH<br>§ PREJUDICE<br>§<br>§<br>§<br>§ 2:19-cv-00091-PMW<br>§<br>§ District Judge<br>§<br>§ Chief Magistrate Judge Paul M. Warner |

---

Plaintiff Stacie Geigle and Defendant Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

/s/ Iwana Rademaekers
Iwana Rademaekers (*Admitted Pro Hac Vice*)

ATTORNEY FOR DEFENDANT

- And -

Andrew Reichardt, Utah Bar # 11343
THE LAW OFFICE OF ANDREW REICHARDT, PLLC
5330 South 900 East, #115
Salt Lake City, UT  84117
PH: (801) 261 – 3400
FX: (801) 861 – 3535
E-mail: andrew@utdisability.com

ATTORNEY FOR PLAINTIFF